IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00180-DAD-BAM |
|---|---|
| Plaintiff, | ORDER ON APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM |
| v. | |
| MATTHEW SHEFFIELD, | |
| Defendant. | |

**ORDER**

The court has reviewed and considered the government's application for appointment of a guardian ad litem for the two minor victims that are referenced in the indictment in this case. Because good cause has been shown in support of the requested appointment, and the proposed guardian has agreed to accept appointment, the court hereby orders that Marita Carlson be appointed to serve as guardian ad litem for the minor victims while this federal criminal case is pending.

To that end, it is further ordered that Ms. Carlson:

- May attend hearings and trial proceedings in which the victims participate and make recommendations to the Court concerning the welfare of the children;

- May have access to reports, evaluations and records, except attorney work product, necessary to effectively advocate for the victims;

- Shall marshal and coordinate the delivery of resources and special services to the victims; and

- Shall not be compelled to testify in any court action or proceeding concerning any information or opinion received from the victims in the course of serving as their guardian ad litem.

*See* 18 U.S.C. § 3509(h)(2).

Finally, in connection with this appointment the Court will provide reasonable compensation and payment of expenses for Ms. Carlson as contemplated by Title 18, United States Code, Sections 3509(h) and 3006A(e).

IT IS SO ORDERED.

Dated: **February 3, 2020**

                                                                                 UNITED STATES DISTRICT JUDGE