PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>MATTHEW SHEFFIELD,<br><br>              Defendant. | CASE NO. 1:19-CR-00180-DAD-BAM<br><br>STIPULATION TO SCHEDULE CHANGE OF PLEA HEARING<br><br>PROPOSED DATE: March 22, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. Dale A. Drozd |

This case is scheduled for a status conference on June 8, 2022, but the parties filed a signed plea agreement today and anticipate the defendant entering that plea. The parties have agreed to schedule a change of plea hearing on March 22, 2022.

Accordingly, plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, stipulate as follows:

1. By previous order this matter was set for a status conference hearing on June 8, 2022. The parties agreed to exclude time through June 8, 2022, under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv).

2. The parties today filed a signed plea agreement and have been advised that the court is available on March 22, 2022, at 9:00 a.m. for a change of plea hearing.

3. The parties request that the court schedule this matter for a change of plea hearing on March 22, 2022.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  March 7, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
| | |
| | /s/ DAVID L. GAPPA<br>DAVID L. GAPPA<br>Assistant United States Attorney |
| | |
| Dated:  March 7, 2022 | /s/ JOHN GARLAND<br>JOHN GARLAND<br>Counsel for Defendant<br>MATTHEW SHEFFIELD |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>             v.<br><br>MATTHEW SHEFFIELD,<br><br>                    Defendant. | CASE NO.  1:19-CR-00180-DAD-BAM<br><br>  ORDER<br><br>DATE: March 22, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. Dale A. Drozd |

**ORDER**

The Court has reviewed and considered the stipulation filed by the parties on March 7, 2022, and also reviewed the record of this case. For the reasons stated in the stipulation, the court schedules this case for a change of plea hearing on March 22, 2022, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **March 7, 2022**                              _____
                                                                            UNITED STATES DISTRICT JUDGE