PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW SHEFFIELD, <br><br> Defendant. | CASE NO. 1:19-CR-00180-DAD-BAM <br><br> STIPULATION TO RESCHEDULE SENTENCING DATE <br><br> PROPOSED DATE: June 27, 2022 <br> TIME: 10:00 a.m. <br> COURT: Hon. Dale A. Drozd |

This case was recently scheduled for sentencing on June 21, 2022.  In light of a scheduling conflict that has since developed for undersigned government counsel, defense counsel graciously has agreed to defer the sentencing by one week to June 27, 2022.  The court has indicated its availability then, and the probation office can also accommodate the new date.

Accordingly, plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, stipulate as follows:

1. By previous order this matter was set for a sentencing hearing on June 21, 2022.

2. The parties agree that the court instead schedule the sentencing hearing for June 27, 2022.

3. The parties have no objection to all relevant filing dates for the parties and probation office be extended by one week.

4. The parties also agree that the status conference before Judge McAuliffe on June 8, 2022, is not necessary, so that hearing should be vacated.

IT IS SO STIPULATED.

Dated:  March 29, 2022   PHILLIP A. TALBERT
United States Attorney

/s/ DAVID L. GAPPA
DAVID L. GAPPA
Assistant United States Attorney

Dated:  March 29, 2022   /s/ JOHN GARLAND
JOHN GARLAND
Counsel for Defendant
MATTHEW SHEFFIELD

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MATTHEW SHEFFIELD,<br><br>　　　　　　　　　Defendant. | CASE NO.  1:19-CR-00180-DAD-BAM<br><br>ORDER<br><br>DATE: June 27, 2022<br>TIME: 10:00 a.m.<br>COURT: Hon. Dale A. Drozd |

**ORDER**

The Court has reviewed and considered the stipulation filed by the parties on March 29, 2022, and also reviewed the record of this case.  For the reasons stated in the stipulation, the court reschedules the sentencing hearing from June 21, 2022, to June 27, 2022, at 10:00 a.m.  The probation office may, in its discretion, adjust dates for preparation of the presentence report and objections by one week.  The court also vacates the status conference that had been scheduled for June 8, 2022.

IT IS SO ORDERED.

Dated: __**March 29, 2022**__　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE