JOHN F. GARLAND  #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721

Telephone:  (559) 497-6132

Attorney for Defendant,
MATTHEW SHEFFIELD

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW SHEFFIELD,<br><br>Defendant. | Case No. 1:19-CR-00180 DAD-BAM<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER FOR IN PERSON SENTENCING**<br><br>DATE:  July 29, 2022<br>TIME:  1:00 p.m.<br>Courtroom Five<br><br>**Honorable Dale A. Drozd** |

Defendant, MATTHEW SHEFFIELD, by and through his counsel, John F. Garland and the United States of America, by and through its counsel, Phillip A. Talbert, United States Attorney and David Gappa, Assistant United States Attorney, hereby stipulate to continue the sentencing hearing from July 25, 2022 to **July 29, 2022** at **1:00 p.m.** It is further stipulated that the sentencing hearing for Matthew Sheffield will be held **IN PERSON** in Courtroom Five of the United States District Court for the Eastern District of California, in Fresno, before United States District Judge Dale A. Drozd.

Because the defendant has pleaded guilty, the Speedy Trial Act does not apply and no exclusion of time is necessary.

///

1

**IT IS SO STIPULATED** .

Dated:  July 21, 2022                                      /s/ John F. Garland
                                                                    John F. Garland
                                                              Attorney for Defendant
                                                               MATTHEW  SHEFFIELD


Dated:  July 21, 2022                                        Phillip A. Talbert
                                                              United States Attorney


                                                                /s/   David Gappa
                                                            By:   David Gappa
                                                               Assistant U.S. Attorney


### ORDER

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the sentencing hearing for defendant MATTHEW SHEFFIELD is continued to **July 29**, **2022** at **1:00 p.m.**

IT IS FURTHER ORDERED that the sentencing hearing will be held **IN PERSON** in Courtroom Five of the United States District Court for the Eastern District of California in Fresno, before United States District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **July 22, 2022**                              _____
                                                                  UNITED STATES DISTRICT JUDGE